IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| SUZANNE RAPIER and MICHAEL RAPIER, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:21-CV-00129<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>**[CLERK'S ACTION REQUIRED]** |

**STIPULATION**

IT IS HEREBY stipulated and agreed by all parties hereto, through their undersigned attorneys of record, that all claims asserted by Plaintiff against Defendants in the above-entitled action may be dismissed with prejudice without an award of attorney fees or costs to any party.

Dated this 9th day of September, 2021.                Dated this 8th day of September, 2021.

PFAU COCHRAN VERTETIS AMALA PLLC                LEWIS BRISBOIS BISGAARD & SMITH, LLP

/s/                                                                        */s/ Heather M. Jensen*
Thomas B. Vertetis, WSBA #29805             Heather M. Jensen, WA Bar No. 29635

/s/                                                                        */s/ Rachelle R. Stefanski*
Elizabeth P. Calora, WSBA #42527             Rachelle R. Stefanski, WSBA #56353
Attorneys for Plaintiffs                              Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL - 1      LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4850-4763-3913.1

**ORDER**

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that all claims of Plaintiff against Defendants in the above-entitled matter are dismissed with prejudice and without attorney fees or costs to any party.

DATED this 13th day of September, 2021.

_____
Marsha J. Pechman
United States District Judge

Presented by:

| Dated this 9th day of September, 2021. | Dated this 8th day of September, 2021. |
|---|---|
| PFAU COCHRAN VERTETIS AMALA PLLC | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| /s/<br>Thomas B. Vertetis, WSBA #29805 | */s/ Heather M. Jensen*<br>Heather M. Jensen, WA Bar No. 29635 |
| /s/<br>Elizabeth P. Calora, WSBA #42527<br>Attorneys for Plaintiffs | */s/ Rachelle R. Stefanski*<br>Rachelle R. Stefanski, WSBA #56353<br>Attorneys for Defendant |

STIPULATION AND ORDER OF DISMISSAL - 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4850-4763-3913.1